SEYFARTH SHAW LLP
Nick C. Geannacopulos (SBN 114822)
ngeannacopulos@seyfarth.com
Nicole Baarts (SBN 226733)
nbaarts@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendant
SBM SITE SERVICES LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUZ BETTY RUIZ OUTTEN, | Case No.  2:17-cv-01258-MCE-GGH |
| Plaintiff, | *[Hon. Morrison C .England, Jr. - Ctrm 7]* |
| v. | **ORDER GRANTING DEFENDANT SBM SITE SERVICES LLC'S REQUEST TO SEAL DOCUMENTS** |
| SBM SITE SERVICES LLC, and DOES 1 to 25, | |
| Defendant. | **[L.R. 141]** |
| | First Amended Complaint Filed:  November 1, 2018 |

Having considered the Request to Seal Documents filed by Defendant SBM Site Services, LLC, and good cause existing therefor, IT IS HEREBY ORDERED THAT:

1. Defendant's Request to Seal Documents is GRANTED.

2. The Court hereby directs that Exhibit D to the Declaration of Janet Periolat, Dkt. 30-6 and Exhibit G to the Declaration of Jennifer Shaffer, Dkt. 30-7, be permanently sealed and made available only to the Court, and Court personnel. These documents were inadvertently filed with date of birth information and good cause exists to seal them.

IT IS SO ORDERED.

Dated: October 6, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE