1  **Ashwin Ladva, Esq. (SB# 206140)**
2  **Scott Nakama, Esq. (SB# 296732)**
   **LADVA LAW FIRM**
3  530 Jackson Street, Second Floor
   San Francisco, CA 94133
4  Tel: (415) 296-8844
   Fax: (415) 296-8847
5  ladvalaw@gmail.com
   snakama@ladvalaw.com
6
7  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10
11
12  LUZ BETTY RUIZ OUTTEN,            )   Case No. 2:17-cv-01258-MCE-GGH
                                      )
13          Plaintiff,                )
                                      )   **STIPULATION OF DISMISSAL AND**
14      v.                            )   **AMENDED ORDER THEREON**
                                      )
    SBM SITE SERVICES LLC,            )
15                                    )
                                      )
16          Defendants.               )
                                      )
17                                    )
                                      )
18  _____ )

19
20      **WHEREAS** a Settlement Agreement has been reached in this matter.

21      **IT IS HEREBY STIPULATED** by and between Plaintiff LUZ BETTY RUIZ OUTTEN and

22  Defendant SBM SITE SERVICES LLC, by and through their respective attorneys of record, that the

23  above referenced action, and all causes of action and all claims asserted therein, be, and are hereby,

24  DISMISSED WITH PREJUDICE, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

25      The parties further stipulate that each party shall bear his, her, or its own costs and

26
27  attorneys' fees.

28

Stipulation of Dismissal; Order Thereon

1   DATED:        December 23, 2021                           _/s/ Scott S. Nakama
2                                                       Scott S. Nakama, Esq.
                                                        Attorneys for Plaintiff
3                                                       LUZ BETTY RUIZ OUTTEN

4

5   DATED:        December 23, 2021                           /s/ Nicole Baarts
6                                                       Nicole Baarts, Esq.
                                                        Attorney For Defendant
7                                                       SBM SITE SERVICES, LLC

8

9

10                                          **ORDER**

11          Upon consideration of the parties' stipulation, and good cause appearing, it is hereby ordered

12   that this action is **Dismissed, WITH PREJUDICE.** Each party shall bear their own costs and

13   attorneys' fees incurred in connection with this case.  The matter having now been concluded in its

14   entirety, the Clerk of Court is directed to close the file.

15          IT IS SO ORDERED.

16   DATED:  December 29, 2021

17

18                                                       _____

19                                                       MORRISON C. ENGLAND, JR.
                                                         SENIOR UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Stipulation of Dismissal; Order Thereon